United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE ALBERTO MORENO, et al.,

Plaintiffs,

v.

CITY OF HAYWARD, et al.,

Defendants.

Case No. 20-cv-07150-DMR

**ORDER DENYING WITHOUT PREJUDICE MOTION FOR APPROVAL OF MINOR'S COMPROMISE**

Re: Dkt. No. 67

12   Plaintiffs Jose Alberto Moreno and A.B.M., by and through her mother Lorena Hernandez,

13   filed a motion to approve a minor's compromise.  [Docket No. 67.]  California Rules of Court

14   7.950 and 7.951 set forth the requirements for any petition for approval of a minor's compromise.

15   Those rules require that the petition "be verified by the petitioner" and "contain a full disclosure of

16   all information that has any bearing upon the reasonableness of the" compromise, and that the

17   petition provide specific details about the attorney's involvement with the minor's claim,

18   including the terms of any agreement between the petitioner and the attorney.  *See* Cal. Rules of

19   Court 7.950, 7.951(6).  Such information assists the court in evaluating whether "the settlement

20   serves the best interests of the minor."  *See Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir.

21   2011) (quotation and citation marks omitted).

22   Here, although counsel submitted a declaration in support of the motion, the declaration

23   does not describe the relevant terms of any agreement between counsel and Plaintiffs or how

24   counsel "became involved with" A.B.M.'s claim.  *See* Cal. Rule of Court 7.951(2).  Further,

25   Hernandez herself did not verify the motion or submit a declaration in support thereof.  *See* Cal.

26   Rule of Court 7.950.  Additionally, the motion does not contain details regarding how the total

27   settlement is to be allocated between the minor, her guardian, and Plaintiff Moreno.  It also does

28   not adequately describe how and when the settlement funds will be disbursed to A.B.M. in

<div style="writing-mode: vertical">United States District Court
Northern District of California</div>

1    accordance with California Probate Code sections 3600 *et seq*.  *See, e.g., Whale v. Lincoln Mil.*

2    *Prop. Mgmt. LP*, No. 22-CV-00160-CAB-JLB, 2022 WL 1746613, at \*4-5 (S.D. Cal. May 31,

3    2022), *report and recommendation adopted sub nom. Whale v. Lincoln Mil. Prop. Mgmt. L.P.*, No.

4    3:22-CV-160-CAB-JLB, 2022 WL 3137933 (S.D. Cal. June 6, 2022) (analyzing details of

5    proposed compromise of minors' claims, including terms of the settlement, method of

6    disbursement, and attorneys' fees and costs).

7      Accordingly, the motion is denied without prejudice.  Plaintiffs shall file a motion for

8    approval of a minor's compromise that includes all of the information necessary for the court to

9    properly evaluate the proposed compromise by no later than September 28, 2022 and shall

10   simultaneously file a detailed proposed order granting the motion.

11

12    **IT IS SO ORDERED.**

13   Dated: September 14, 2022

14



15            Donna M. Ryu
           United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28